Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed
December 22, 2006








 

Petition
for Writ of Habeas Corpus Denied and Memorandum Opinion filed December 22,
2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01137-CV

____________

 

IN RE SHANNON HOLMES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF HABEAS
CORPUS

 



 

M E M O R
A N D U M  O P I N I O N

On December 22, 2006, relator Shannon Holmes filed a petition for writ
of habeas corpus seeking release from jail.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon 2004);  Tex.
R. App. P. 52. 

We deny
relator=s petition for writ of habeas corpus.

PER
CURIAM

Petition Denied and Memorandum Opinion filed December
22, 2006.

Panel consists of Justices Anderson, Hudson and
Edelman.